VERNETTE COWELL, Respondent, *v.* JOHN B. STREETON et al., Appellants, Impleaded with Others.

*Cowell* v. *Bloch*, 39 App. Div. 638, affirmed.
(Submitted February 14, 1902; decided March 4, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 20, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Douglas A. Levien* and *John Reilly* for appellants.

*Frank G. Wild* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.